**JASSY VICK CAROLAN** LLP
JEAN-PAUL JASSY, Cal Bar No. 205513
 jpjassy@jassyvick.com
JEFFREY A. PAYNE, Cal. Bar No. 279034
 jpayne@jassyvick.com
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:  310-870-7048
Facsimile:   310-870-7010

Attorneys for Defendants
JOSEPH MORESCO and LISA ELIN

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEPHEN HENDEL, an individual; RUTH HENDEL, an individual; and KNITTING FACTORY ENTERTAINMENT, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>JOSEPH MORESCO, an individual; LISA ELIN, an individual; and DOES 1 through 5, inclusive,<br><br>                    Defendants. | Case No. 5:23-cv-01987-HDV-SHK<br><br>Honorable Hernán D. Vera<br><br>**DECLARATION OF LISA ELIN IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16**<br><br>**Date:          February 15, 2024**<br>**Time:         10:00 a.m.**<br>**Courtroom:   5B** |

## **<u>DECLARATION OF LISA ELIN</u>**

I, Lisa Elin, declare as follows:

1.      I am over the age of 18 years. I, along with my partner, JB Moresco, am a general partner of Pappy & Harriet's Pioneertown Palace, a popular bar, restaurant, and music venue in Pioneertown, California. JB and I own and operate Pappy & Harriet's. The facts stated below are true of my own personal knowledge.

2.      JB and I acquired Pappy & Harriet's in April 2021 with the support of an investment from Stephen Hendel. Just two months later, in June 2021, Hendel's special-purpose entity for the investment, S&H Desert Depot, LLC, filed a lawsuit in Los Angeles Superior Court against me, JB, and various corporate entities involved in the purchase, styled *Morgan Margolis et al. v. Joseph Moresco et al.*, Case No. 21STCV23458 (filed June 23, 2021) (the "Pappy Litigation"). The Pappy Litigation alleges 10 causes of action against me and JB (including declaratory judgment, judicial order of expulsion of general partner, specific performance of partnership agreement, breach of fiduciary duty, breach of the implied covenant of good faith and fair dealing, breach of restaurant management agreement, breach of partnership, and conversion) related directly to my April 2021 purchase of Pappy & Harriet's.

3.      Since it was filed, the Pappy Litigation has been widely reported online and in the press, including in mainstream media outlets like the *Los Angeles Times*, *Billboard*, and the leading daily newspaper in Palm Springs and the surrounding Coachella Valley, *The Desert Sun*. I did not respond to any request for comment regarding the Pappy Litigation from any news outlet. My attorneys in the Pappy Litigation, Bryan Freedman and Brandon Fernald, gave brief comments about the Pappy Litigation to the *Los Angeles Times* and *Billboard*, but neither they nor I sought out contact with either publication (or any other press organization) regarding the Pappy Litigation.

4.    The parties in the Pappy Litigation agreed on or about September 1, 2023, to mediate that case. The mediation took place two months later, on October 27, 2023. On or about October 3, in between agreeing to mediate and the mediation taking place, I learned that Stephen Hendel and his wife, Ruth Hendel, had filed another lawsuit—this lawsuit—against me and JB alleging claims for defamation and false light for statements contained on a website titled "Stephen Hendel: A Fela Full of Failures" located online at http://stephenhendel.net (the "Website"). I had no idea that the Website existed—nor did I have any reason to know or believe that it was going to or might exist—until I learned shortly before the mediation in the Pappy Litigation that this lawsuit had been filed against me. I was surprised to discover that the Website existed. Neither Stephen nor Ruth Hendel—nor anybody else—alerted me to or asked me about the Website before they filed this lawsuit against me and JB, nor have I ever received any type of demand for retraction or takedown notice from Plaintiffs or their counsel, before or after this lawsuit was filed. (Even if I had received any such demand or notice, however, I still would have been powerless to do anything about it because I had nothing to do with the Website's creation or publication.)

5.    I played no part whatsoever in the registration, creation, or publication of the Website, or any of the Website's contents, and I do not know who did, or when. I categorically and unequivocally deny Plaintiffs' suggestion that I played any role in creating or publishing the Website.

6.    I did not register, solicit, suggest, or authorize the registration of the domain name http://stephenhendel.net, and I do not know who did, or when.

7.    I did not write, generate, compile, or otherwise create any of the contents of the Website, nor did I suggest, solicit, or encourage the creation of any of the contents of the Website, nor do I know who did, or when.

8.    To the best of my recollection, I have not discussed Stephen Hendel, Ruth Hendel, Knitting Factory Entertainment, or the Pappy Litigation with anybody

DECLARATION OF LISA ELIN
ISO SPECIAL MOTION TO STRIKE

DocuSign Envelope ID: 0C4CE129-9708-4945-86A0-796231F8885D

outside the context of that litigation, nor have I ever discussed Stephen Hendel, Ruth Hendel, Knitting Factory Entertainment, or the Pappy Litigation with the expectation or suspicion that my comments would be repeated online or anywhere else.

9.    After I became aware of this lawsuit and the Website in October 2023, I reviewed the contents of the Website for the first time. In reviewing the Website, I saw that it mentioned (among many other topics) the Pappy Litigation. I had nothing to do with these comments and do not know who might have written or posted them.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on December $^{18th}$___, 2023 in Yucca Valley, California.

DocuSigned by:

*lisa Elin*

2490DC0044554C6...

Lisa Elin

DECLARATION OF LISA ELIN
ISO SPECIAL MOTION TO STRIKE