**JASSY VICK CAROLAN** LLP
JEAN-PAUL JASSY, Cal Bar No. 205513
   jpjassy@jassyvick.com
JEFFREY A. PAYNE, Cal. Bar No. 279034
   jpayne@jassyvick.com
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:   310-870-7048
Facsimile:   310-870-7010

Attorneys for Defendants
JOSEPH MORESCO and LISA ELIN

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HENDEL, an individual; RUTH HENDEL, an individual; and KNITTING FACTORY ENTERTAINMENT, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH MORESCO, an individual; LISA ELIN, an individual; and DOES 1 through 5, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01987-HDV-SHK <br><br> Honorable Hernán D. Vera <br><br> **DECLARATION OF JEFFREY A. PAYNE IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT UNDER CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16; EXHIBITS 2–16** <br><br> **Date:         February 15, 2024** <br> **Time:         10:00 a.m.** <br> **Courtroom:    5B** |

## DECLARATION OF JEFFREY A. PAYNE

I, Jeffrey A. Payne, declare as follows:

1.     I am over eighteen years of age and not a party to this case. I am licensed to practice law in the State of California and am admitted to the U.S. District Court for the Central District of California. I am Of Counsel at Jassy Vick Carolan LLP, counsel of record in this litigation for Defendants Joseph Moresco and Lisa Elin. The facts stated below are true of my own personal knowledge.

2.     On December 11, 2023, my colleague Jean-Paul Jassy and I had a telephone call with Erica Graves, counsel of record for Plaintiffs, to conduct a conference of counsel on Defendants' anti-SLAPP motion (the "Motion"), as required by Local Rule 7-3. After Mr. Jassy explained the basis for the Motion in detail, Ms. Graves stated that they would review the motion once it was filed and determine at that time whether to amend or dismiss Plaintiffs' Complaint in this case. During the call, Mr. Jassy asked Ms. Graves what evidence the Plaintiffs had that Defendants Joseph Moresco and Lisa Elin published or were responsible for publishing anything on the stephenhendel.net website that is at issue in this case (the "Website"). Ms. Graves responded that statements on the Website about S&H Desert Depot's corporate status in California, which is an issue specific to litigation that "zero people would know or care about."

3.     On December 11, 2023, I accessed a website titled "Stephen Hendel: A Fela Full of Failures" at the URL http://stephenhendel.net. A true and correct printout of a printout of that website I accessed is attached hereto as **Exhibit 2**. Because the website has multiple drop-down menus that cannot be expanded simultaneously, Exhibit 2 comprises a separate printout of the website for each expanded drop-down, in sequential order.

4.     On November 17, 2023, I caused to be printed a copy of an article by Randall Roberts titled "Inside the Battle for Control of a Legendary Music Club—and the Soul of a High Desert Town" that I located on the *Los Angeles Times*'s website at

-1-

https://www.latimes.com/entertainment-arts/music/story/2022-07-21/pappy-harriets-pioneertown-lawsuit-owners-desert. A true and correct copy of that article that I caused to be printed is attached hereto as **Exhibit 3.**

5.    On December 6, 2023, I caused to be printed a copy of an article by Dave Brooks titled "Iconic Desert Cantina Pappy + Harriet's Facing a Heated Ownership Fight" that I located on *Billboard*'s website at https://www.billboard.com/pro/pappy-harriets-desert-venue-ownership-lawsuit/. A true and correct copy of that article that I accessed is attached hereto as **Exhibit 4**.

6.    On December 11, 2023, I accessed an article by Brian Bluesky and James B. Cutchin titled "Pappy and Harriet's: A Bitter Ownership Battle is Raging Over the Pioneertown Music Venue" on *The Desert Sun*'s website at https://www.desertsun.com/story/life/entertainment/music/2022/03/17/pioneertowns-pappy-and-harriets-ensnared-battle-over-ownership/6994558001/. A true and correct printout of that article I accessed is attached hereto as **Exhibit 5.**

7.    On December 11, 2023, I visited the "History" page on the Pappy & Harriet's website, located at https://pappyandharriets.com/history/. A true and correct printout of that webpage I visited is attached hereto as **Exhibit 6**.

8.    On December 6, 2023, I accessed an article by Patrick Healy titled "Unlikely Fan of Afrobeat Pulled 'Fela!' to Broadway" on *The New York Times*'s website at https://www.nytimes.com/2010/06/10/theater/10hendel.html. A true and correct printout of that article I accessed is attached hereto as **Exhibit 7**.

9.    On December 11, 2023, I accessed an article by Lucia Kassai, Jack Wittels, and Rachel Morison titled "Ex-Lukoil Traders Jump to US-Based Hartree's Fuel Oil Desk" on the *Financial Post* website at https://financialpost.com/pmn/business-pmn/ex-lukoil-traders-jump-to-us-based-hartrees-fuel-oil-desk. A true and correct printout of that article I accessed is attached hereto as **Exhibit 8**.

DECLARATION OF JEFFREY A. PAYNE
ISO SPECIAL MOTION TO STRIKE

10.     On December 15, 2023, I visited the "Who We Are" page on the Hartree Partners webpage, located at https://www.hartreepartners.com/who-we-are/. A true and correct printout of that webpage I visited is attached hereto as **Exhibit 9**.

11.     On December 11, 2023, I visited the "Stephen Hendel" page on the Africa Soft Power Project Website, located at https://theafricasoftpowerproject.com/stephen-hendel/#:~:text=Stephen%20Hendel%20graduated%20with%20a,in%20energy%20and%20associated%20industries. A true and correct printout of that webpage I visited is attached hereto as **Exhibit 10**. The bold orange words "He owns the Fela Kuti catalogue" on page 1 of Exhibit 2 links to the webpage depicted in Exhibit 10.

12.     On December 15, 2023, I visited the "Ruth Hendel" page on the Playbill website, located at https://www.playbill.com/person/ruth-hendel-vault-0000029465. A true and correct printout of that webpage I visited is attached hereto as **Exhibit 11**.

13.     On December 15, 2023, I accessed an article by Siobhan O'Grady titled "Fela Kuti built his music around a distrust of Nigeria's elites. Now they're the audience for the musical about his life," on the *Los Angeles Times*'s website at https://www.latimes.com/world/africa/la-fg-nigeria-fela-kuti-2017-story.html. A true and correct printout of the article I accessed is attached hereto as **Exhibit 12**.

14.     On December 11, 2023, I accessed the "Fela Kuti" entry on the Britannica Online Encyclopedia at https://www.britannica.com/biography/Fela-Kuti. A true and correct printout of that entry I accessed is attached hereto as **Exhibit 13**.

15.     On December 11, 2023, I accessed an article by Mary Pettas titled "Fela Kuti and the Legacy of Afrobeat" on the *Culture Trip* website, located at https://theculturetrip.com/africa/nigeria/articles/fela-kuti-s-afrobeat-legacy. A true and correct printout of that article I accessed is attached hereto as **Exhibit 14**.

16.     On December 11, 2023, I accessed an article by Neil Spencer title "Fela Kuti Remembered: 'He Was a Tornado of a Man, But He Loved Humanity'" on *The Observer*'s website, located at https://www.theguardian.com/music/2010/oct/31/fela-

DECLARATION OF JEFFREY A. PAYNE
ISO SPECIAL MOTION TO STRIKE

kuti-musical-neil-spencer. A true and correct printout of that article I accessed is attached hereto as **Exhibit 15**.

17.    On December 11, 2023, I accessed an article by Alex Hannaford titled "He Was in a Godlike State" on *The Guardian*'s website, located at https://www.theguardian.com/music/2007/jul/25/popandrock.worldmusic. A true and correct printout of that article I accessed is attached hereto as **Exhibit 16**.

18.    On December 15, 2023, I accessed what appears to be a master's thesis for the Masters of Arts in Communication program at Texas A&M University Corpus Christi by Adebukunola Oluwayemisi Babalola titled "Overlooking Misogyny: A Critical Examination of Fela Anikulapo-Kuti's Music, Lifestyle and Legacy," located at https://tamucc-ir.tdl.org/server/api/core/bitstreams/ddd3fecc-5795-43ad-a341-bd370b3970f3/content. A true and correct printout of that thesis I accessed is attached hereto as **Exhibit 17**.

19.    On December 11, 2023, I accessed what appears to be an academic paper published by North Carolina State University by Derek Stanovsky titled "Fela and His Wifes: The Import of a Postcolonial Masculinity," located at https://libres.uncg.edu/ir/asu/f/Stanovsky_Derek_1998_Fela_and_his_wives.pdf. A true and correct printout of that paper I accessed is attached hereto as **Exhibit 18**.

20.    On December 14, 2023, I caused to be printed a copy of an article by Wendy Lee titled "Live Nation Buys Owner of Echoplex and the Regent in a Wave of Acquisitions" that I located on the *Los Angeles Times*'s website at https://www.latimes.com/entertainment/la-fi-ct-live-nation-buys-spaceland-presents-echoplex-20190517-story.html. A true and correct printout of that article that I caused to be printed is attached hereto as **Exhibit 19.**

21.    On December 14, 2023, I accessed a press release issued by Live Nation Entertainment dated May 17, 2019, and titled "Live Nation Acquires Legendary 'Spaceland Presents,'" located at https://www.livenationentertainment.com/2019/05/live-nation-acquires-legendary-

spaceland-presents/. A true and correct printout of that press release I accessed is attached hereto as **Exhibit 20**.

22.     On December 11, 2023, I visited the California Secretary of State's online business search website at https://bizfileonline.sos.ca.gov/search/business and searched for S&H Desert Depo LLC's California file number (202358914590), which I found listed online on the Bizapedia website at https://www.bizapedia.com/ca/sandh-desert-depot-llc.html. A true and correct printout of the results of my search on the California Secretary of State's business search website for file number 202358914590 is attached hereto as **Exhibit 21**.

23.     On December 11, 2023, I visited the "Releases" page for musician Fela Kuti on the Knitting Factory Records website, located at https://felakuti.com/us/label/9664-knitting-factory-records/releases. A true and correct printout of that website I visited is attached hereto as **Exhibit 22**.

24.     On December 11, 2023, I accessed an article by Davis Inman titled "Knitting Factory Records to Re-Release Fela Kuti's Catalog" on the *American Songwriter* website, located at https://americansongwriter.com/knitting-factory-records-to-re-release-fela-kuti/. A true and correct printout of that article I accessed is attached hereto as **Exhibit 23**.

25.     On December 11, 2023, I accessed an article by Broadway.com Staff titled "Author Brings Lawsuit Against Broadway's *Fela!*" on the Broadway Buzz website, located at https://www.broadway.com/buzz/154214/author-brings-lawsuit-against-broadways-fela/. A true and correct printout of that article I accessed is attached hereto as **Exhibit 24**. The bold orange words "fund and produce Fela! The Musical" on page 1 of Exhibit 2 links to the webpage depicted in Exhibit 24.

26.     On December 18, 2023, I accessed an internet discussion board thread on the DesertDaze Subreddit titled "RIP," located on the community discussion website Reddit at https://www.reddit.com/r/DesertDaze/comments/14yqs9e/comment/jrupmjq/?context

DECLARATION OF JEFFREY A. PAYNE
ISO SPECIAL MOTION TO STRIKE

=3. A true and correct printout of that Reddit discussion thread that I accessed is attached hereto as **Exhibit 25**.

27.    On December 18, 2023, I accessed an internet discussion board thread on the DesertDaze Subreddit titled "Pirrone is the victim here," located on the community discussion website Reddit at https://www.reddit.com/r/DesertDaze/comments/14ywrkt/pirrone_is_the_victim_here/?rdt=45715. A true and correct printout of that Reddit discussion thread that I accessed is attached hereto as **Exhibit 26**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on December 18, 2023 in Los Angeles, California.

_____
Jeffrey A. Payne

DECLARATION OF JEFFREY A. PAYNE
ISO SPECIAL MOTION TO STRIKE