# EXHIBIT 25

Skip to main content r/DesertDaze Search in r/DesertDaze Log In

r/DesertDaze • 5 mo. ago
dariakayb

RIP




Dear Desert Daze community -

After careful thought and consideration, we have decided to take a year off from the event at Lake Perris. We'll be taking the extra time to ensure we deliver an experience that surpasses expectations for many years to come.

**Desert Daze will return to Lake Perris, October 10 - 13, 2024.**

If you purchased presale passes for 2023, **you can roll over your 2023 passes to Desert Daze 2024.** No action is required by you. All of your passes will automatically be transferred to the Desert Daze 2024 event on See Tickets. You can also reqeust a **refund** via See Tickets.

Check out the below information and if you still have questions, please email us at info@desertdaze.org

**Next Steps & Ticket Options:**

1. Transfer / Rollover your pass to Desert Daze 2024: No action is required by you. All of your passes will automatically be transferred to the Desert Daze 2024 event.
2. If you wish to request a refund: please fill out the Refund Request Form no later than **August 3, 2023 at 11:59PM PST**. Refunds will start processing within 21 days of the refund deadline to the same payment method originally used to purchase your passes.

**IMPORTANT:**

- Once refunded, orders cannot be reinstated.
- Refunds will be issued to the card used for the original transaction. *If your card is no longer in use or your refund fails, you will be contacted to arrange an alternative method of refund.
- We can only refund whole orders. We are unable to refund some passes and not others in the same order. All passes within the order will be refunded.
- If you have multiple orders, you must complete one refund request per order.
- Refunds will start processing within 21 days of the refund deadline to the same payment method originally used to purchase your passes.
- If you want to keep your tickets for Desert Daze 2024, you do not need to fill out this form. Your tickets will be automatically transferred.
- For questions about submitting your refund, please click HERE and See Tickets will respond within five business days.
- If you still have questions, please email us at info@desertdaze.org

48 61 Share

Single comment thread See full discussion

proposition_john • 5 mo. ago

Skip to main content

Log In

**Aggressive_North1577** • 5 mo. ago

I tried to look into this further because I am so pissed off about it, check this shit out for yourself.

Go to https://bizfileonline.sos.ca.gov/search/business and search for Desert Daze LLC, then look at the statements of information in 2018, you will see both Phil Pirrone and Morgan Margolis on there. Now check out 2021 and you will see Bravo Entertainment LLC as the main entity name (the same entity TERMINATED FOR HIRING PIRRONE) and Moon Block listed below (Phil's promotion company). This tells me Phil went from being the main guy back in 2018 straight down to the bottom of the pile in 2021.

Something stinks to high heaven about this, wtf happened here.

8 Reply Share ...

**JohnnyUtah100000** • 5 mo. ago

Touch grass

-3 Reply Share ...

## More posts you may like

r/sublime

Sublime with Jakob Nowell - Live at Terragram Ballroom on December 11th, 2023



youtube

144 upvotes · 72 comments

r/TigerBelly

DEATH & RAMEN going live in 48 hours! link below



youtube

255 upvotes · 32 comments

r/indieheads

[FRESH VIDEO] Black Country New Road - What's In My Bag?



youtube

141 upvotes · 13 comments

PROMOTED

Skip to main content

Log In




r/PokemonUnite

I'm giving my Uber ride... 0 stars!

533 upvotes · 36 comments

r/BlackCountryNewRoad

Black Country, New Road - What's In My Bag? (from Amoeba)

youtube

116 upvotes · 14 comments

r/UNCCharlotte

Is anybody else screwed now that the housing applications have been paused 😭

3 upvotes · 6 comments

Skip to main content

Log In

28 upvotes · 11 comments

r/IndianBeautyDeals

Maccaron canceled

32 upvotes · 34 comments

PROMOTED




r/SNKRS

CANCELLED

84 upvotes · 42 comments

r/ableton

I feel there isn't enough physical modeling synthesizers out there so I made one.

youtube

117 upvotes · 23 comments

r/CarltonBlues

Blackout

29 upvotes · 8 comments

r/ToyotaTundra

RIP

44 upvotes · 21 comments

Skip to main content

Log In

youtube

152 upvotes · 26 comments

r/TheSilphRoad

Update forced

794 upvotes · 359 comments

r/FordFocus

RIP

32 upvotes · 16 comments

r/lildicky

Lil Dicky - Mr. McAdams (Official Audio)

youtube

111 upvotes · 19 comments

r/TigerBelly

Dr. Phil LIVE! with Bobby Lee & Andrew Santino

youtube

102 upvotes · 11 comments

r/hellblade

New Senua's Saga: Hellblade II Trailer

youtube

318 upvotes · 52 comments

r/fo76

Minerva tomorrow.

21 upvotes · 56 comments

r/electronicmusic

Alice Deejay - Better Off Alone (1997) [eurodance / house]

youtube

253 upvotes · 60 comments

Log In

music)

youtube

242 upvotes · 8 comments

r/irlsmurfing

World's Best Darts Players Enter a Pub Tournament

youtube

98 upvotes · 7 comments

r/trap

[FULL SET] PEEKABOO b2b WINK b2b LYNY x Sicaria x Jon Casey (DEF Album Release Party)

youtube

121 upvotes · 31 comments

r/indieheads

[FRESH VIDEO] MGMT - Bubblegum Dog

youtube

150 upvotes · 7 comments

r/postpunk

Wire - Ex Lion Tamer (1977)

youtube

124 upvotes · 13 comments