# EXHIBIT 26

Skip to main content r/DesertDaze Search in r/DesertDaze Log In

r/DesertDaze • 5 mo. ago
Aggressive_North1577

# Pirrone is the victim here

Why? Based on what we can make from https://www.totalprestigemagazine.com/morgan-margolis/?cn-reloaded=1 it's clear Morgan Margolis is pulling these purse strings. Everyone in here loves Daze, but it's not going to happen because a press hungry failed businessman messed it all up.

I commented elsewhere about how on the CA SOS website that Margolis is the guy behind it because he appeared on the docs in 2018 and then in 2021 it is now Bravo Entertainment (the entity terminated for hiring Pirrone to be the talent buyer) and Moon Block (Phil's promotion company). Naturally, Desert Daze has not filed a statement of information since 2021 so who knows how dire things really are. I wouldn't hold my breath on those refunds...I bet Margolis already spent the money.

29 15 Share

u/HorizonWorldsVR • Promoted




Alison Wonderland live today at 5PM PST in VR! Get immersive unparalleled stage views as she performs "I WANT U" "Run" "Forever" and more LIVE In VR at the world famous Red Rocks Amphitheatre.

oculus.com Get Showtimes

Sort by: Best

Add a Comment

KeepItHeady • 5 mo. ago

I know Morgan and Phil are business partners. They lost a shit ton of money in the Pappy's ordeal together and I'm sure this is the exact reason there is no festival happening this year: https://www.latimes.com/entertainment-arts/music/story/2022-07-21/pappy-harriets-pioneertown-lawsuit-owners-desert

Morgan put some money into buying a stake of Pappy's. There was a rumor about an "investment" that is hoping to be recouped and I think the court decision on the conflict is happening soon..

10 Reply Share ···

Daymutez • 5 mo. ago

Seems like this shady couple are who are really to blame here...

Skip to main content

Log In

Paywall. Can you copy paste?

2 Reply Share ...

4 more replies

murso74 • 5 mo. ago

With the amount of time they're asking people to wait for refunds, they're probably going to pay for them with the LA show ticket sales

19 Reply Share ...

nordjorts • 5 mo. ago

I don't really get your point about refunds. See Tickets handles those, and there's insurance for these kinds of things.

10 Reply Share ...

suprefann • 5 mo. ago

But the insurance doesnt kick in unless conditions are met. What cause the event to not happen? The insurance doeant cover being broke af

1 Reply Share ...

1thelivingend • 5 mo. ago

I poked around the CA SOS website (https://bizfileonline.sos.ca.gov/search/business for people who don't want to check his other comment) and you're not wrong.

Is Morgan stacking extra cash while we have to sit around and wait for refunds? I am pretty tempted to charge back honestly.

8 Reply Share ...

Potential-Composer-2 • 5 mo. ago

I think those 10 milky way are the real victims

3 Reply Share ...

castironmop • 5 mo. ago

What ? Lol.

3 Reply Share ...

Laykers • 5 mo. ago

They separated from moon block

Skip to main content

Log In

## More posts you may like

r/sublime

Sublime with Jakob Nowell - Live at Terragram Ballroom on December 11th, 2023



youtube

144 upvotes · 72 comments

r/indieheads

[FRESH VIDEO] Black Country New Road - What's In My Bag?



youtube

141 upvotes · 13 comments

r/BlackCountryNewRoad

Black Country, New Road - What's In My Bag? (from Amoeba)



youtube

116 upvotes · 14 comments

PROMOTED

Skip to main content

Log In




r/irlsmurfing

World's Best Darts Players Enter a Pub Tournament



youtube

98 upvotes · 7 comments

r/mymorningjacket

People selling tickets on here. Aren't you afraid of getting ripped off?

1 upvote · 10 comments

r/ableton

I feel there isn't enough physical modeling synthesizers out there so I made one.



youtube

117 upvotes · 23 comments

Skip to main content

Log In

youtube

255 upvotes · 32 comments

r/indieheads

[FRESH VIDEO] Adrianne Lenker - ruined

youtube

152 upvotes · 26 comments

PROMOTED




r/UFOs

Imo, the Las Vegas aliens story diminishes the credibility of what is happening right now with Grusch.

1.6K upvotes · 379 comments

r/undercoverunderage

Do the ACMs know they'll be on TV?

14 upvotes · 7 comments

r/lildicky

Lil Dicky - Mr. McAdams (Official Audio)

youtube

111 upvotes · 19 comments

r/electronicmusic

Alice Deejay - Better Off Alone (1997) [eurodance / house]

youtube

Skip to main content

Log In

Wire - Ex Lion Tamer (1977)

youtube

124 upvotes · 13 comments

r/indieheads

[FRESH VIDEO] Sufjan Stevens - The Official 2023 Sufjan Yule Log (All of Sufjan's Christmas music)

youtube

242 upvotes · 8 comments

r/trap

[FULL SET] PEEKABOO b2b WINK b2b LYNY x Sicaria x Jon Casey (DEF Album Release Party)

youtube

121 upvotes · 31 comments

r/indieheads

[FRESH VIDEO] MGMT - Bubblegum Dog

youtube

150 upvotes · 7 comments

r/MMTLP_

Finally we may have found a stranglehold on FINRA. MMTLP

138 upvotes · 33 comments

r/literature

She's so magical

youtube

236 upvotes · 51 comments

r/StarTrekStarships

MasterReplicas is Just unbelievable

20 upvotes · 65 comments

Log In

day)

youtube

157 upvotes · 36 comments

r/TigerBelly

Dr. Phil LIVE! with Bobby Lee & Andrew Santino

youtube

102 upvotes · 11 comments

r/indieheads

[FRESH VIDEO] Björk - Oral (feat. Rosalía)

youtube

282 upvotes · 42 comments

r/Deathmetal

Fulci - Apocalypse Zombie (Italy, 2019)

youtube

188 upvotes · 25 comments

r/Metal

Overkill - Time to Kill (USA, 1989)

youtube

181 upvotes · 8 comments

r/Foofighters

I know about the resale drama

13 upvotes · 22 comments