BLANK ROME LLP
Jonathan A. Loeb (SBN 162758)
jonathan.loeb@blankrome.com
Erica R. Graves (SBN 301785)
erica.graves@blankrome.com
Nicole N. Wentworth (SBN 334007)
nicole.wentworth@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

BLANK ROME LLP
Craig M. Flanders (*Admitted pro hac vice*)
craig.flanders@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.885.5000
Facsimile:  212.885.5001

Attorneys for Plaintiffs
Stephen Hendel, Ruth Hendel and
Knitting Factory Entertainment, Inc.

LINK 30

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HENDEL, an individual; RUTH HENDEL, an individual; and KNITTING FACTORY ENTERTAINMENT, INC., a Delaware corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>JOSEPH MORESCO, an individual; LISA ELIN, an individual; and DOES 1 through 5, inclusive,<br><br>  Defendants. | Case No.  5:23−cv−01987-HDV-SHK<br><br>Honorable Hernán D. Vera<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE, WITH EACH SIDE BEARING ITS OWN ATTORNEYS' FEES AND COSTS |

164530.00601/134652227V.1

# ORDER

The Court, having reviewed the stipulation by and between plaintiffs Stephen Hendel, Ruth Hendel and Knitting Factory Entertainment, Inc., on the one hand, and defendants Joseph Moresco and Lisa Elin, on the other, stipulate to dismiss this action with prejudice, with each side bearing its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and finding good cause, GRANTS the stipulation as follows:

This action is hereby dismissed with prejudice. Each side shall bear its own attorneys' fees and costs.

**SO ORDERED**

DATED: 3/4/24              By: _____
                               Hon. Hernán D. Vera
                               United States District Judge